UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Mieles,

      Plaintiff(s),

  -against –

Ronald McDonald House of the Greater Hudson
Valley et al,

      Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:24-CV-00692 (CS)

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

  **SO ORDERED**.

Dated: May 2, 2024

  White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.